Mary E. Pate, etc., as Administratrix, etc., of Samuel Douglass, Deceased, Appellant, v. Charles K. Leight, Respondent.—Interlocutory judgment affirmed by default, with costs. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Benson H. Pierce, Appellant, v. Florence B. Bollert and Minnie L. Bollert, Respondents, Impleaded with John C. Langan and The New York and Flatbush Realty Company, Defendants.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Frederick H. Pouch and Alonzo B. Pouch, as Executors, etc., of Alfred J. Pouch, Deceased, Respondents, v. Josephine H. Cantus, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Rose Hoffman, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

Peter Rafkin, Appellant, v. Southern Pacific Company, Respondent.— Order denying motion for new trial unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Francesco Rammauro, Respondent, v. Illinois Surety Company, Appellant.—Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Mabel A. Reynolds, as Executrix, etc., of George Osmar Reynolds, Deceased, Appellant, v. James M. Townsend and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.